Case 1:25-cv-02910-MLB   Document 2   Filed 05/27/25   Page 1 of 5

E-FILED IN OFFICE - RE
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**25-A-03941-1**
**4/28/2025 10:30 AM**
TIANA P. GARNER, CLERK

# IN THE SUPERIOR COURT

# OF

# GWINNETT COUNTY

# STATE OF GEORGIA

|  |  |
|---|---|
| WALTER L. DIXON, SR.<br>PLAINTIFF) ) ) ) ) ) ) ) ) | CIVIL ACTION   25-A-03941-1<br>FILE NO._____ |

U-HAUL International, Inc.
DEFENDANT

## PLAINTIFF'S AMENDMENT TO COMPLAINT

Plaintiff files this Amendment to his Complaint and shows the following:

1.

Pursuant to the provisions of O.C.G.A. § 9-11-15(a), Plaintiff hereby files this Amendment Number (1) to the Plaintiff's Exhibits of Evidences Demonstrating Defendant's Egregious Conduct, including the following critical piece of evidence:

2.

### Exhibit Assign as Plaintiff's Exhibit Q & Q1

Letter from Joe Shoen, Chairman of the Board of U Haul International Inc., and U-Haul Holding Company, dated April 21, 2025, to Plaintiff Walter Dixon. This exhibit serves as further evidence of Defendant's egregious conduct in the following respects:

# PLAINTIFF'S AMENDMENT TO COMPLAINT

a. **Admission of Inappropriate Conduct:** While purporting to apologize, the letter implicitly acknowledges the inappropriate conduct of Defendant's agent, Andrea, without explicitly denying the specific discriminatory statements made to Plaintiff.

b. **Failure to Address Systemic Issues:** The letter wholly fails to outline any concrete actions or policy changes that Defendant, under the leadership of its Chairman, intends to implement to prevent future instances of discrimination, thereby demonstrating a continued indifference to the rights and well-being of its customers.

c. **Insult to Injury:** The generalized apology and self-referential anecdotes contained within the letter serve to further insult Plaintiff, trivializing the discriminatory experience and highlighting Defendant's lack of genuine remorse or commitment to rectifying its failures.

**WHEREFORE,** in addition to the relief demanded by Plaintiff in his original Complaint, Plaintiff amendment is necessary to fully present to the Court and the jury the Defendant's continued egregious conduct and willful disregard for the harm caused to Plaintiff, thereby supporting Plaintiff's claims for damages and the need for punitive measures to ensure accountability.

Respectfully submitted this 29 day of April, 2025.

Walter L. Dixon, Sr.
Pro Se
Senior Associate & Chief Paralegal Litigator
1378 Legrand Circle
Lawrenceville, GA 30043
Member No. 87748605
GAP & NFOPA
(O) 678.235.4878
(C) 770.905.0514
walterleedixon@gmail.com
wdixon@rosenthalbc.net



U-Haul International, Inc., 2727 N. Central Ave., Phoenix, AZ 85004

April 21, 2025

Walter Dixon
PO Box 464512
Lawrenceville, GA 30042

Dear Mr. Dixon,

    I reviewed your letter dated April 11, 2025 regarding an incident at a U-Haul store on October 7, 2023.

    For starters, I extend my apology. Good manners are free. Everyone can have them. No one has a good excuse for acting otherwise.

    As a merchant, U-Haul should take the lead in displaying good manners. This does not appear to have been the case at the U-Haul store that day. To the best of my recollection this is my first notice of the exchange between you and Andrea that day. I do not believe Andrea works at U-Haul any longer so please accept my belated apology on her behalf.

    Like yourself, I am a "senior". In my case, I am 76 years old. The conflict and friction in society disappoints me and wear me out. Ending an exchange with "fuck off" was unthinkable in my early years, today it punctuates too many exchanges.

    I have worked in U-Haul for most of my adult life. I am generally very proud of how we help Americans move. I quickly found four times you have patronized U-Haul. I thank you. This is how I make my living.

    Should you need U-Haul services in the future, please text me at 602-390-6525 and I will try to extend to you the courtesy you deserve.

    Thank you for giving me the chance to address this matter.

Sincerely,

*Joe Shoen*

Joe Shoen
Chairman

PLAINTIFF'S EXHIBIT

*Moving Made Easier* ℠

# Re: NOTICE OF LEGAL ACTION AND DEMAN FOR IMMEDIATE SETTLEMENT

From: Alyssa Espinoza (alyssa_espinoza@uhaul.com)
To: wdixon@rosenthalbc.net
Date: Tuesday, April 22, 2025 at 01:40 PM EDT

Walt,

Please see the attached written response from Joe Shoen.

The letter will also be mailed to the address in your email signature.

Many thanks,

**Alyssa Espinoza | Executive Assistant to Joe Shoen**
**U-Haul International, Inc.**
2727 N. Central Ave Phoenix, AZ 85004
**O:** (602) 263-6804  **Ext.:** 618140



THIS E-MAIL MESSAGE IS A CONFIDENTIAL AND PRIVILEGED COMMUNICATION. THE INFORMATION CONTAINED HEREIN IS THE CONFIDENTIAL AND PROPRIETARY INFORMATION OF U-HAUL INTERNATIONAL, INC. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS E-MAIL, PLEASE DELETE THIS E-MAIL FROM YOUR COMPUTER IN BOX AND CALL (602)263-6811. THE UNAUTHORIZED DISCLOSURE OF THIS MESSAGE AND ITS CONTENTS IS STRICTLY PROHIBITED.

---

**From:** wdixon . <wdixon@rosenthalbc.net>
**Sent:** Friday, April 11, 2025 11:56 AM
**To:** Alyssa Espinoza <alyssa_espinoza@uhaul.com>
**Subject:** NOTICE OF LEGAL ACTION AND DEMAN FOR IMMEDIATE SETTLEMENT

> **CAUTION:** This email came from an external sender. Do not click **links** or **attachments** unless you know the sender and the content is safe.

Edward J. Joe Shoen
Chairman, President and Chief Exeecutive Officer

I have attached the following document for your immediate attention.

Walt Dixon
Senior Associate
GAP & NFOPA
Member No.# 87748605
wdixon@rosenthalbc.net
P.O. Box 464512
Lawrenceville, GA 30042
(O) 678.235.4878
(C) 770.905.0514



 042125_Letter to Walter Dixon.pdf
119.2kB

## GWINNETT COUNTY

## STATE OF GEORGIA

)
)
)
)
)
)
)
)

**WALTER L. DIXON, SR.**  **CIVIL ACTION**
**PLAINTIFF**  **FILE NO.**_____

**U-HAUL International, Inc.**
**DEFENDANT**

## CERTIFICATE OF SERVICE

**COMES NOW**, Plaintiff, Walter L. Dixon, Sr., hereby certify that I have this day served the foregoing **PLAINTIFF'S AMENDMENT TO COMPLAINT** upon counsel Kristine Campbell or current counsel by delivering a copy of same in the United States mail in an envelope with sufficient postage thereon addressed as follows:

U-Haul Holding Company., Attn: Kristine Campbell counsel of record 2727 North Central Avenue. Phoenix, AZ 85004 USA.

This the 29 day of April 2025.

_____
Walter L. Dixon, Sr.
Pro Se
Senior Associate & Chief Paralegal Litigator
1378 Legrand Circle
Lawrenceville, GA 30043
Member No. 87748605
GAP & NFOPA
(O) 678.235.4878
(C) 770.905.0514
walterleedixon@gmail.com
wdixon@rosenthalbc.net